UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 10-10115-JLT |
| | * | |
| JOSE SHAW, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 28, 2012

TAURO, J.

After a hearing held on January 12, 2012 and continued on March 15, 2012, and reviewing the Parties' submissions, this court hereby orders as follows:

1. Defendant's Motion to Suppress Evidence [#46] is DENIED for the reasons set forth in the accompanying memorandum.

2. The parties' Assented to Motion Resolving Non-Party City of Brockton's Motion to Quash Defendant's Subpoena [#51] is ALLOWED. Accordingly, Non-Party City of Brockton's Motion to Quash Defendant's Subpoena [#49] is DENIED AS MOOT.

IT IS SO ORDERED.

                 /s/ Joseph L. Tauro
                United States District Judge